# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MASTERCRAFT INDUSTRIES, INC.,

    Plaintiff,

v.

KISS CABINETS, INC., *et al*.,

    Defendants.

Case No. 2:10-CV-00594-KJD-LRL

**ORDER**

    Plaintiff's Complaint (#1) was filed April 23, 2010.  Service of the summons and complaint was executed on Defendants on April 28, 2010.  The answer was due on May 19, 2010.  However, Defendants have failed to answer or otherwise respond to the complaint.  The Clerk of the Court entered default against Defendants on August 25, 2010.  However, since that date no proceeding of record has been made.  Therefore, the Court orders Plaintiff to file a status report, motion for default judgment or notice of voluntarily dismissal no later than November 22, 2010.

**IT IS SO ORDERED.**

    DATED this 5th day of November 2010.

_____
Kent J. Dawson
United States District Judge