David W. Dachelet, Esq. (NV Bar No. 6615)
Jeffrey J. Steffen, Esq. (NV Bar No. 9912)
**FENNEMORE CRAIG, P.C.**
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Email: ddachele@fclaw.com
Email: jsteffen@fclaw.com

*Attorneys for Plaintiff*
*MASTERCRAFT INDUSTRIES, INC.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MASTERCRAFT INDUSTRIES, INC., a Wisconsin corporation d/b/a HOLIDAY KITCHENS,<br><br>Plaintiff,<br><br>v.<br><br>KISS CABINETS, INC., a Nevada corporation; and STEVE NELSON, individually,<br><br>Defendants. | Case No.: 2:10-cv-00594-KJD-LRL<br><br>**DEFAULT JUDGMENT AGAINST DEFENDANTS KISS CABINETS, INC. AND STEVE NELSON.** |

Default was entered against Defendants Kiss Cabinets, Inc. and Steve Nelson on August 25, 2010 [Docket No. 14]. Therefore, on Motion of Plaintiff, judgment is entered against Defendants Kiss Cabinets, Inc. and Steve Nelson and in favor of Plaintiff as follows:

/ / /

/ / /

/ / /

/ / /

LAS/102862/28557.001

1    IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff do have and recover from
2  Defendants Kiss Cabinets, Inc. and Steve Nelson the sum of Two Hundred Fifteen Thousand
3  Ninety-Eight and 44/100 Dollars ($215,098.44), together with interest at the statutory rate until
4  paid.

                                                           12/2/10

5  **IT IS SO ORDERED.**
                                    UNITED STATES DISTRICT JUDGE

6  SUBMITTED BY:
7  FENNEMORE CRAIG, P.C.
8
9  By:  /s/ Jeffrey J. Steffen
10     David W. Dachelet (NV Bar No. 6615)
      Jeffrey J. Steffen (NV Bar No. 9912)
11
*Attorneys for Plaintiff*
12 *MASTERCRAFT INDUSTRIES, INC.*
13                                                ###

FENNEMORE CRAIG, P.C.
SUITE 1400
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
(702) 692-8000 FAX (702) 692-8099

LAS/102862/28557.001